IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORGE SAENZ | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| TRANS UNION, LLC | : | No. 16-4388 |

### ORDER

**AND NOW, TO WIT:** This   6TH   day of   January, 2017, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

LUCY V. CHIN, Interim Clerk of Court

BY: _____
Marie O'Donnell
Civil Deputy/Secretary

Civ 2 (8/2000)
41(b).frm

COPIES VIA ECF ON   TO:   COPIES VIA U.S. MAIL ON   TO:



**FRANCIS & MAILMAN**
CONSUMER PROTECTION LITIGATION

January 6, 2017

**Via Facsimile**
The Honorable Anita B. Brody
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 17613
Philadelphia, PA 19106

   **Re: *Saenz v. Trans Union, LLC, et al.*, No. 16-4388**

Dear Judge Brody:

   I am writing to inform the Court that Plaintiff has reached a settlement with Defendant Trans Union, LLC, in the above-referenced matter. Plaintiff therefore respectfully requests that the Court issue an Order pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure dismissing the entire case.

            Respectfully Submitted,

            */s/ Geoffrey H. Baskerville*

            GEOFFREY H. BASKERVILLE

GHB/nd
cc: Camille R. Nicodemus, Esquire (via email)
   William R. Brown, Esquire (via email)
   Casey B. Green, Esquire (via email)

100 South Broad Street | 19th floor | Philadelphia, PA 19110
P 215.735.8600 | F 215.940.8000
www.consumerlawfirm.com | www.creditreportproblems.com